David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com
-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMKOR TECHNOLOGY SINGAPORE PTE.            :
and subrogated cargo insurer,
                                           :
           Plaintiffs,
                                           :   07 Civ. 6298(DAB)
     - against -                               **ECF CASE**
                                           :
NIPPON EXPRESS USA, INC.;                      **RULE 7.1**
                                           :   **DISCLOSURE STATEMENT**
           Defendant.
                                           :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock: Subrogated insurer is American Home Assurance Co.

Date:  New York, New York            s/David L. Mazaroli
       June 19, 2007                 _____
                                     David L. Mazaroli (DM 3929)
                                     Attorney for Plaintiffs
                                     11 Park Place - Suite 1214
                                     New York, New York 10007
                                     Tel.: (212)267-8480
                                     Fax.: (212)732-7352
                                     E-mail: dlm@mazarolilaw.com
                                     File No.: 6WEC-1371