BATTS.

David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2007
```

------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

AMKOR TECHNOLOGY SINGAPORE PTE.
and subrogated cargo insurer,

        Plaintiffs,

- against -

NIPPON EXPRESS USA, INC.;

        Defendant.

------------------------------------------------x

07 Civ. 6298 (DAB)

**VOLUNTARY DISMISSAL ORDER**

No answer having been filed and a settlement agreement having been reached, this action is hereby discontinued as to all parties pursuant to Fed. R. Civ. P. 41 (a) (1)(i) without costs as to any party and, in the event the settlement is not consummated within thirty (30) days of the entry of this order, subject to reopening by letter application of plaintiffs' counsel.

Dated: New York, New York
      July 19, 2007

SO ORDERED:

*Deborah A. Batts*
UNITED STATES DISTRICT JUDGE  7/19/2007

07 Civ. 6298 (DAB)
Voluntary Dismissal Order
Page 2

_____
David L. Mazaroli (DM 3929)
Attorney for Plaintiffs
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 6WEC-1371